IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SUSAN TATE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| WILLIAM CARTER COMPANY, | ) ) |
| Defendant. | ) ) |

CASE NO. B-02-103

## DEFENDANT'S CORPORATE DISCLOSURE

Defendant The William Carter Company, by and through its undersigned counsel, makes the following corporate disclosure.

The William Carter Company is a wholly-owned subsidiary of Carter Holdings, Inc. Carter Holdings, Inc. is not publicly-owned and has no established public trading market. Carter Holdings, Inc. has no significant assets or investments other than the shares of stock of The William Carter Company. Carter

Holdings, Inc was purchased by Berkshire Partners LLC in August 2001.

Respectfully submitted,

_____
James M. Powell
N.C. State Bar No. 12521
P.O. Box 13310
Greensboro, NC 27415-3310
Telephone: 336.375.9737
Telecopier: 336.375-4430

Attorney-In-Charge for Defendant
William Carter Company

OF COUNSEL:

MEREDITH, DONNELL & ABERNATHY
Jose L. Gamez
Texas Bar No. 07607100
Southern Dist. No. 6151
Water Tower Centre
612 Nolana, Suite 560
McAllen, TX 78504
Telephone: 956.618.4477
Telecopier: 956.618.4557

ATTORNEY FOR DEFENDANT
WILLIAM CARTER COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of the foregoing document upon the following person(s), by placing a copy of the same in the United States Mail, (certified) properly addressed and with the correct amount of postage affixed thereto:

>Susan Tate
>2925 Jacaranda
>Harlingen, TX  78550

Dated this the 6K day of June, 2002.

>MEREDITH, DONNELL &
>ABERNATHY
>
>_____
>Jose L. Gamez

Water Tower Centre
612 Nolana, Suite 560
McAllen, TX  78504
956.618.4477