| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED

JUN 1 1 2002

Michael N. Milby
Clerk of Court

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| | Brownsville | | B-02-103 |
|---|---|---|---|
| SUSAN TATE | | | |
| | | | |
| WILLIAM CARTER COMPANY | | | |

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

| | James M. Powell |
|---|---|
| | Haynsworth Baldwin Johnson & Greaves |
| | 2709 Henry Street |
| | Greensboro, NC  27405 |
| | 336.375.9737 |
| | NC #12521 |
| | U.S. Middle District, North Carolina |

**Seeks to appear as the attorney for this party:**

| William Carter Company |
|---|
| Dated: 06/10/2002    Signed: *[signature] James M. Powell* |

### ORDER

This lawyer is admitted *pro hac vice.*

Signed on _____, _____.    _____
                                        **United States District Judge**

SDTX (d_prohac.ord)
02/03/98