UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

United States District Court
Southern District of Texas
FILED

JUN 1 1 2002

| | Brownsville | | B-02-103 | Michael N. Milby, Clerk of Court |

SUSAN TATE

WILLIAM CARTER COMPANY

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

James M. Powell
Haynsworth Baldwin Johnson & Greaves
2709 Henry Street
Greensboro, NC  27405
336.375.9737
NC #12521
U.S. Middle District, North Carolina

United States District Court
Southern District of Texas
ENTERED

JUN 1 8 2002

Michael N. Milby, Clerk of Court
Deputy Clerk

Seeks to appear as the attorney for this party:

William Carter Company

Dated: 06/10/2002     Signed: *James M. Powell*

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on 17 June, 2002

United States ~~District~~ Judge
MAGISTRATE

SDTX (d_prohac.ord)
02/03/98