UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

United States District Court
Southern District of Texas
FILED

JUL 2 5 2002

Michael N. Milby
Clerk of Court

| | Brownsville | | B-02-103 |
|---|---|---|---|
| SUSAN TATE | | | |
| ███████ | | | |
| WILLIAM CARTER COMPANY | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| ███ | John E. Pueschel |
|---|---|
| | Haynsworth Baldwin Johnson & Greaves |
| | 2709 Henry Street |
| | Greensboro, NC 27405 |
| | 336.375.9737 |
| | NC#28030 |
| | U.S. Middle District, North Carolina |

Seeks to appear as the attorney for this party:

William Carter Company

Dated: 07/23/2002    Signed: *John E Pueschel*

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____, _____.

_____
United States District Judge

SDTX (d_prohac.ord)
02/03/98

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of the foregoing document upon the following person, by placing a copy of the same in the United States Mail, properly addressed and with the correct amount of postage affixed thereto:

        Susan Tate
        2925 Jacaranda
        Harlingen, TX 78550

Dated this the 25th day of July, 2002.

        MEREDITH, DONNELL & ABERNATHY

        _____
        Jose L. Gamez

Water Tower Centre
612 Nolana, Suite 560
McAllen, TX 78504
956.618.4477