8

**UNITED STATES DISTRICT COURT**        **SOUTHERN DISTRICT OF TEXAS**

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

United States District Court
Southern District of Texas
FILED

JUL 2 5 2002

Michael N. Milby
Clerk of Court

| Division | Brownsville | Case Number | B-02-103 |
|---|---|---|---|
| SUSAN TATE | | | |
| *versus* | | | |
| WILLIAM CARTER COMPANY | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | John E. Pueschel |
| Firm | Haynsworth Baldwin Johnson & Greaves |
| Street | 2709 Henry Street |
| City & Zip Code | Greensboro, NC 27405 |
| Telephone | 336.375.9737 |
| Licensed: State & Number | NC#28030 |
| Admitted U.S. District Court for: | U.S. Middle District, North Carolina |

⑨

Seeks to appear as the attorney for this party:

United States District Court
Southern District of Texas
ENTERED

AUG 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| William Carter Company |
|---|
| Dated: 07/23/2002    Signed: *John E Pueschel* |

| **ORDER** |
|---|

This lawyer is admitted *pro hac vice.*

Signed on *August 7, 2002* .    _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98