United States District Court
Southern District of Texas
FILED

SEP 17 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-02-103         DATE & TIME: 09-17-02 AT 1:30 P.M.

SUSAN TATE                        PLAINTIFF(S)  SUSAN TATE, PRO SE
                                  COUNSEL
VS.

WILLIAM CARTER COMPANY            DEFENDANT(S)  JAMES M. POWELL
                                  COUNSEL       JOHN E. PUESCHEL

---

CSO: Tony Yanez
ERO: Rita Nieto/Diane Justice

Pro se Plaintiff Susan Tate appeared. Attorneys James Powell and Joe Gamez appeared for Defendants.

Defendants are to file Motion of Summary Judgment by December 2, 2002.

Plaintiff to file Response by January 10, 2003.

Status conference will be set after Response is filed.