United States District Court
Southern District of Texas
FILED

FEB 1 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SUSAN TATE, | ) |
| Plaintiff, | ) CASE NO. B-02-103 |
| v. | ) |
| WILLIAM CARTER COMPANY, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COME** Plaintiff and Defendant, by and through their undersigned counsel, pursuant to Rule 41(a)(1) and Rule 41(c) of the Federal Rules of Civil Procedure, and file this Stipulation of Dismissal With Prejudice on all claims brought by Plaintiff and all counterclaims brought by Defendant in this action. There are no further pending issues before the Court in this action.

This the 6th day of February, 2003.

_____        _____
Miguel Salinas                          James M. Powell
803 Old Port Isabel Road                N.C. State Bar No. 12521
Brownsville, TX 78521                   Haynsworth Baldwin
956.660.1115                            Johnson & Greaves LLC
ATTORNEY FOR PLAINTIFF                  P.O. Box 13310
SUSAN TATE                              Greensboro, NC  27415
                                        336.375.9737
                                        ATTORNEY-IN-CHARGE FOR DEFENDANT
                                        WILLIAM CARTER COMPANY

1

OF COUNSEL:

MEREDITH, DONNELL & ABERNATHY
Jose L. Gamez
Texas Bar No. 07607100
Southern Dist. No. 6151
Water Tower Centre
612 Nolana, Suite 560
McAllen, TX 78504
Telephone: 956.618.4477
Telecopier: 956.618.4557