IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| SUSAN TATE, | § | |
|    Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-02-103 |
| WILLIAM CARTER COMPANY, | § | |
|    Defendant. | § | |

### ORDER

Pursuant to FED. R. CIV. PROC.41(a)(1) and (c), parties in this case have filed a Stipulation of Dismissal with Prejudice on all claims brought by Plaintiff and all counterclaims brought by Defendant in this action. There are no further pending issues before the Court.

**IT IS HEREBY ORDERED** that this case be **DISMISSED** with **PREJUDICE**.

DONE at Brownsville, Texas, this ___18th___ day of ___March___, 2003.

Andrew S. Hanen
United States District Judge